UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:25-cr-107-MMH-LLL

PATRICK MICHAEL FLINT

### NOTICE OF RELATED ACTIONS

The United States of America, by the undersigned Assistant United States Attorney, hereby notifies the Court, pursuant to Rule 1.07(c) of the Local Rules, that the facts and circumstances underlying the charge in this case are related to the facts and circumstances underlying the charges in <u>United States v. Courtney Shauta' Lewis and Latania Renee Smith-Washington</u>, Case No. 3:24-cr-24-WWB-MCR, <u>United States v. Noel Gary Beres</u>, Case No. 3:24-cr-144-WWB-LLL, <u>United States v. Kevin Karl Wills Jr.</u>, Case No. 3:24-cr-166-WWB-LLL, and <u>United States v. Caesar Alexander Silva, II</u>, Case No. 3:24-cr-261-WWB-SJH.   The defendants in these cases were part of the same conspiracy involving the illegal use of Medicare beneficiary identifying information to send COVID-19 test kits to Medicare beneficiaries for which the conspirators fraudulently sought reimbursement from Medicare.   The government files this notice pursuant to the Local Rules to ensure that the Court is aware of the previous cases and can decide whether this case should be re-assigned to the District Judge to whom the earlier cases are assigned.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By: */s/ Arnold B. Corsmeier*
     ARNOLD B. CORSMEIER
     Assistant United States Attorney
     Florida Bar No. 869139
     300 N. Hogan Street, Suite 700
     Jacksonville, FL 32202-4270
     Telephone: (904) 301-6300
     Facsimile: (904) 301-6310
     E-mail: chip.corsmeier@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following, and I also sent a copy by email:

    Alex King, Esq.

        */s/ Arnold B. Corsmeier*
        ARNOLD B. CORSMEIER
        Assistant United States Attorney